|   |   |   |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| KEITH RUSSELL JUDD, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> FEDERAL PRISON INDUSTRIES, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:07-CV-225 |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keith Russell Judd, a prisoner confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, filed this civil action against Federal Prison Industries, the Federal Bureau of Prisons, the United States Department of Justice, and twelve unidentified defendants.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the complaint pursuant to Federal Rule of Civil Procedure 4(m).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes

the objections are without merit. In response to the objections, the magistrate judge granted plaintiff an extension of time, through January 5, 2009, in which to serve the defendants. As of this date, the defendants have not been served with process, and plaintiff has not shown good cause for failing to serve them.

## **ORDER**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 6th day of July, 2009.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE